IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.* | ) |
| Appellants | ) |
| v. | ) No. 10-7036 |
| THE DISTRICT OF COLUMBIA, *et al.* | ) |
| Appellees | ) |

CERTIFICATE OF COUNSEL AS TO PARTIES, RULINGS, AND RELATED CASES

### Parties and Amici

The plaintiffs in the district court were Dick Anthony Heller, Absalom F. Jordan, Jr., William Carter, and Mark Snyder. The defendants in the district court were the District of Columbia and Mayor Adrian M. Fenty. In this court, Appellants are Dick Anthony Heller, Absalom F. Jordan, Jr., William Carter, and Mark Snyder. Appellees are the District of Columbia and Mayor Adrian M. Fenty. No other parties, and no intervenors or *amici*, have yet appeared in this court.

### Ruling Under Review

The ruling under review by this court is the March 26, 2010 Order of District Court Judge Ricardo M. Urbina denying plaintiffs' motion for summary judgment and granting defendants' cross- motion for summary judgment.

### Related Cases

Counsel is unaware of any related cases currently pending in this court or any other court.

Respectfully submitted,

Dick Anthony Heller
Absalom F. Jordan, Jr.
William Carter
Mark Snyder

By counsel


/s/Stephen P. Halbrook
Stephen P. Halbrook
D.C. Bar No. 379799
protell@aol.com


/s/Richard E. Gardiner
Richard E. Gardiner
D.C. Bar No. 386915
regardiner@cox.net

Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030
(703) 352-7276
(703) 359-0938 (fax)

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing CERTIFICATE OF COUNSEL AS TO PARTIES, RULINGS, AND RELATED CASES was mailed, first class postage prepaid, to Andrew J. Saindon, Assistant Attorney General, Equity I Section, 441 Fourth Street, N.W., 6th Floor South, Washington, D.C. 20001 this 22nd day of April, 2010.

                                        /s/Richard E. Gardiner
                                        Richard E. Gardiner