# CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 10-7036
2. DATE DOCKETED: 4/2/10
3. CASE NAME (lead parties only) Dick Anthony Heller, et al. v. District of Columbia, et al.
4. TYPE OF CASE: ☒ District Ct - ☐ US Civil ☒ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action 1:08-cv-1289    Bankruptcy                     Tax
      Criminal                     Adversary
      Miscellaneous                Ancillary
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Urbina                 Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 4/2/10    e. Date notice of appeal filed: 4/1/10
   f. Has any other notice of appeal been filed in this case? ☐ Yes ☒ No  If YES, date filed:
   g. Are any motions currently pending in trial court? ☐ Yes ☒ No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☐ Yes ☒ No
      If NO, why not? No in-court proceedings
   i. Has this case been before the Court under another appeal number? ☐ Yes  Appeal #  ☒ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ☒ No  If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute? ☒ Yes ☐ No
      If YES, give popular name and citation of statute Firearms Registration Amendment Act of 2008; D.C. Code 7-2501.01, *et seq.*
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ☒ No  If so, provide program name and participation dates

Signature _Richard E. Gardiner_  Date 4/22/10
Name of Party Dick Anthony Heller, et al.
Name of Counsel for Appellant/Petitioner Richard E. Gardiner
Address Suite 403, 3925 Chain Bridge Road, Fairfax, VA 22030
Phone ( 703 ) 352-7276    Fax ( 703 ) 359-0938

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)