IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DICK ANTHONY HELLER, *et al.*  )
               )
  Appellants         )
                )
    v.           )  No. 10-7036
                )
THE DISTRICT OF COLUMBIA, *et al.* )
                )
  Appellees         )

<u>STATEMENT OF ISSUES TO BE RAISED</u>

1) Whether the district court should have applied strict scrutiny in determining the validity, under the Second Amendment to the United States Constitution, of the challenged provisions of the Firearms Registration Amendment Act of 2008, D.C. Code § 7-2501.01 *et seq.*

2) Whether the challenged registration requirements violate the Second Amendment to the United States Constitution.

3) Whether the prohibition on "assault weapons" violates the Second Amendment to the United States Constitution.

4) Whether the prohibition on "large capacity ammunition feeding devices" violates the Second Amendment to the United States Constitution.

5) Whether the challenged registration requirements and the prohibitions on "assault weapons" and "large capacity ammunition feeding devices" are authorized by D.C. Code § 1-303.43.

                Respectfully submitted,

                Dick Anthony Heller
                Absalom F. Jordan, Jr.
                William Carter
                Mark Snyder

By counsel

/s/Stephen P. Halbrook
Stephen P. Halbrook
D.C. Bar No. 379799
protell@aol.com

/s/Richard E. Gardiner
Richard E. Gardiner
D.C. Bar No. 386915
regardiner@cox.net

Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030
(703) 352-7276
(703) 359-0938 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing STATEMENT OF ISSUES TO BE RAISED was mailed, first class postage prepaid, to Andrew J. Saindon, Assistant Attorney General, Equity I Section, 441 Fourth Street, N.W., 6th Floor South, Washington, D.C. 20001 this 22nd day of April, 2010.

                                        /s/Richard E. Gardiner
                                        Richard E. Gardiner