IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.* ) | |
| ) | |
| Appellants ) | |
| ) | |
| v. ) | No. 10-7036 |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Appellees ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Civil Docketing Statement, Entry of Appearance, and Transcript Status were mailed, first class postage prepaid, to Andrew J. Saindon, Assistant Attorney General, Equity I Section, 441 Fourth Street, N.W., 6th Floor South, Washington, D.C. 20001 this 22nd day of April, 2010.

Respectfully submitted,

Dick Anthony Heller
Absalom F. Jordan, Jr.
William Carter
Mark Snyder

By counsel

/s/Richard E. Gardiner
Richard E. Gardiner
D.C. Bar No. 386915
regardiner@cox.net

Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030
(703) 352-7276
(703) 359-0938 (fax)