IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.* ) | |
| ) | |
| Appellants ) | |
| ) | |
| v. ) | No. 10-7036 |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Appellees ) | |

STATEMENT CONCERNING DEFERRED APPENDIX

Appellants will not utilize a deferred appendix.

Respectfully submitted,

Dick Anthony Heller
Absalom F. Jordan, Jr.
William Carter
Mark Snyder

By counsel

/s/Richard E. Gardiner
Richard E. Gardiner
D.C. Bar No. 386915
regardiner@cox.net

Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030
(703) 352-7276
(703) 359-0938 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing STATEMENT CONCERNING DEFERRED APPENDIX was mailed, first class postage prepaid, to Andrew J. Saindon, Assistant Attorney General, Equity I Section, 441 Fourth Street, N.W., 6th Floor South, Washington, D.C. 20001 this 23rd day of April, 2010.

/s/Richard E. Gardiner
Richard E. Gardiner