No. 10-7036

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DICK ANTHONY HELLER, et al.,
Appellants,

v.

DISTRICT OF COLUMBIA, et al.,
Appellees.

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

A. Parties and amici

The parties who appeared before the district court in this case (No. 08-CV-1289) are Dick Anthony Heller, Absalom F. Jordan, Jr., Amy McVey, William Carter, Mark Snyder, the District of Columbia, and Mayor Adrian M. Fenty. The parties who appeared before the district court in a case that was consolidated with this one before it was dismissed (No. 09-CV-454) are Tracey Ambeau Hanson, Gillian St. Lawrence, Paul St. Lawrence, Second Amendment Foundation, Inc., the District of Columbia, and Chief Cathy Lanier. No amici appeared in the district court.

The parties before this Court are Dick Anthony Heller, Absalom F. Jordan, Jr., William Carter, Mark Snyder, the District of Columbia, and Mayor Adrian M. Fenty. No amici have yet appeared in this court.

B. Rulings under review

The ruling under review is the judgment of the district court (Urbina, J.) issued on March 26, 2010, in No. 08-CV-1289. There is no citation for the accompanying memorandum opinion yet in the Federal Register.

C. Related cases

This case has not previously been before this Court, and there are no related cases.

    /s/ Todd S. Kim_____
    TODD S. KIM
    Solicitor General