**No. 10-7036**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**DICK ANTHONY HELLER, et al.,
Appellants,**

**v.**

**DISTRICT OF COLUMBIA, et al.,
Appellees.**

_____

**CERTIFICATE OF SERVICE**

_____

I hereby certify that a copy of the entry of appearance and certificate as to parties, rulings, and related cases electronically filed today, May 3, 2010, were also mailed today, first-class, postage-prepaid, to:

Richard E. Gardiner
Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030

_/s/ Todd S. Kim_____
TODD S. KIM
Solicitor General