# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| DICK ANTHONY HELLER, et al., | ) | |
| Plaintiffs-Appellants, | ) | |
| v. | ) | Case No. 10-7036 |
| DISTRICT OF COLUMBIA, et al., | ) | |
| Defendants-Appellees. | ) | |

## NOTICE OF INTENT TO PARTICIPATE OF BRADY CENTER TO PREVENT GUN VIOLENCE AND LEGAL COMMUNITY AGAINST VIOLENCE AS *AMICI CURIAE* AND REPRESENTATION OF CONSENT

Pursuant to Fed. R. App. P. 29 and D.C. Cir. Rule 29, the Brady Center To Prevent Gun Violence (Brady Center) and Legal Community Against Violence (LCAV) hereby notify this Court of their intent to participate as *amici curiae* in support of defendants-appellees in *Heller, et al., v. District of Columbia, et al.*, No. 10-7036.

1.  By Notice of Appeal dated April 1, 2010, Dick Anthony Heller, Absalom F. Jordan, Jr., William Carter, and Mark Snyder, plaintiffs in *Heller, et al., v. District of Columbia, et al.*, No. 1:08-cv-01289-RMU (D.D.C.), appealed to this Court from the district court's March 26, 2010 order, which denied plaintiffs'

motion for summary judgment and granted defendants' motion for summary judgment.

2. On April 2, 2010, plaintiffs' appeal was docketed in this Court, and the district court transmitted to this Court plaintiffs' Notice of Appeal, the Order Appealed, and the Docket Sheet in *Heller, et al., v. District of Columbia, et al.*, No. 1:08-cv-01289-RMU (D.D.C.). On April 22, 2010, plaintiffs filed a Civil Docketing Statement in this case.

3. The Brady Center is a non-profit organization dedicated to reducing gun violence through education, research, and legal advocacy. Through its Legal Action Project, the Brady Center has filed numerous briefs *amicus curiae* in cases involving the constitutionality of gun laws, including in *McDonald v. City of Chicago*, No. 08-1521 (U.S.) (argued Mar. 2, 2010), *District of Columbia v. Heller*, 128 S. Ct. 2783 (2008), *United States v. Skoien*, No. 08-3770 (7th Cir.) (en banc, argued May 20, 2010), *United States v. White*, 593 F.3d 1199 (11th Cir. 2009), and *City of Chicago v. United States Department of Justice*, 423 F.3d 777 (7th Cir. 2004).

4. LCAV is a national law center dedicated to preventing gun violence. Founded by lawyers after an assault weapon massacre at a San Francisco law firm in 1993, LCAV is devoted exclusively to providing legal assistance in support of gun violence prevention. LCAV tracks and analyzes federal, state, and local

firearms legislation, as well as legal challenges to firearms laws. As an *amicus*, LCAV has provided informed analysis in a variety of firearm-related cases, including those brought on the basis of the Second Amendment. *See, e.g.*, *McDonald v. City of Chicago*, No. 08-1521 (U.S.) (argued Mar. 2, 2010); *District of Columbia v. Heller*, 128 S. Ct. 2783 (2008); *Nordyke v. King*, 563 F.3d 439 (9th Cir. 2009); *United States v. White*, 593 F.3d 1199 (11th Cir. 2009).

5. *Amici* have a compelling interest in ensuring that the Second Amendment does not stand as an obstacle to strong governmental action to prevent gun violence. *Amici*'s advocacy and litigation efforts focus on the problem of gun violence and its impact on domestic-violence victims, law-enforcement personnel, and society at large. *Amici* respectfully suggest that they will accordingly bring a unique perspective to these concerns.

6. Pursuant to D.C. Cir. Rule 29(d), *amici* intend to file a single joint brief *amici curiae* in support of defendants-appellees and expect that other organizations may join in their brief.

7. *Amici* have been authorized by counsel for plaintiffs-appellants and counsel for defendants-appellees to represent that plaintiffs-appellants and defendants-appellees, respectively, consent to their participation as *amici curiae*.

Wherefore, the Brady Center and LCAV respectfully represent to this Court their intent to participate as *amici curiae* in the instant case.


Respectfully submitted,

/s/ Paul R.Q. Wolfson*
_____

PAUL R.Q. WOLFSON
A. STEPHEN HUT
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
paul.wolfson@wilmerhale.com

Dated: May 31, 2010        *Counsel of Record

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. App. P. 26.1 and D.C. Cir. Rule 26.1, the Brady Center To Prevent Gun Violence states that it is a § 501(c)(3) non-profit corporation dedicated to reducing gun violence through education, research, and legal advocacy. The Brady Center To Prevent Gun Violence has no parent corporation, and no publicly held corporation holds ten percent or more of its stock.

Pursuant to Fed. R. App. P. 26.1 and D.C. Cir. Rule 26.1, Legal Community Against Violence states that it is a § 501(c)(3) non-profit corporation devoted exclusively to providing legal assistance in support of gun violence prevention. Legal Community Against Violence has no parent corporation, and no publicly held corporation holds ten percent or more of its stock.

/s/ Paul R.Q. Wolfson*

PAUL R.Q. WOLFSON
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
paul.wolfson@wilmerhale.com

Dated: May 31, 2010

*Counsel of Record