# CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25(c), D.C. Cir. Rule 25(c), I hereby certify that, on May 31, 2010, I caused the (1) Notice of Participation of Brady Center To Prevent Gun Violence and Legal Community Against Violence as *Amici Curiae* and Representation of Consent and (2) Corporate Disclosure Statement for the Brady Center to Prevent Gun Violence and Legal Community Against Violence to be filed upon the Court through the D.C. Circuit CM/ECF electronic filing system, and thus also to be served electronically on all counsel in this case registered to participate in the D.C. Circuit CM/ECF System. I further certify that on this date, June 1, 2010, paper copies will be sent by first class mail, postage prepaid, to all counsel in this case, including those among counsel below who are not registered participants or have not consented in writing to electronic service.

Stephen Porter Halbrook
Law Office of Stephen P. Halbrook
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
Email: protell@aol.com

Richard E. Gardiner
Law Office of Richard E. Gardiner
3925 Chain Bridge Road
Fairfax, VA 22030
Email: regardiner@cox.net

*Counsel for Plaintiffs-Appellants*

Todd Sunhwae Kim, Solicitor General
Office of the Attorney General, DC
One Judiciary Square, Sixth Floor
441 4th Street, NW
Washington, DC 20001-2714
Email: todd.kim@dc.gov

Donna M. Murasky, Deputy Solicitor
Office of the Attorney General, DC
One Judiciary Square, Sixth Floor
441 4th Street, NW
Washington, DC 20001-2714
Email: donna.murasky@dc.gov

*Counsel for Defendants-Appellees*

/s/ Paul R.Q. Wolfson*

PAUL R.Q. WOLFSON
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
paul.wolfson@wilmerhale.com

Dated: June 1, 2010  *Counsel of Record