# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| DICK HELLER, et al. ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Appeal No. 10-7036 |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| ) | |
| Appellees. ) | |

_____)


## NOTICE OF INTENT OF PROFESSIONAL HISTORIANS AND LAW PROFESSORS TO FILE BRIEF AS *AMICI CURIAE*

Pursuant to Federal Rule of Appellate Procedure 29 and Circuit Rule 29, Professional Historians and Law Professors submit notice that they intend to file a Brief of *Amici Curiae* in support of Appellees in this case. All parties have consented to the participation of *Amici* in this case.

Given their expertise, *Amici* seek to provide the Court with their perspective on the issues raised in this case. Specifically, *Amici* intend to discuss the history of gun regulations. They believe this submission will assist the Court in its deliberations.

Dated: June 2, 2010

Respectfully submitted,

/s/ Matthew Shors

Matthew Shors
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

Counsel for *Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that, on June 2, 2010, the foregoing was electronically filed with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Additionally, I caused copies of the foregoing to be sent by U.S. Mail to the following counsel:

Stephen Porter Halbrook
Law Office of Stephen P. Halbrook
3925 Chain Bridge Road
Suite 403
Fairfax, VA 22030

Todd Sunhwae Kim
Solicitor General
Office of the Attorney General, District of Columbia
Office of the Solicitor General
441 4th Street, NW
One Judiciary Square, Sixth Floor
Washington, DC 20001-2714

*Counsel for Appellants*

*Counsel for Appellees*

/s/ Anton Metlitsky

Anton Metlitsky