# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| DICK HELLER, *et al.*, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | No. 10-7036 |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

## GUN OWNERS OF AMERICA, INC., *ET AL.* NOTICE OF PARTIES' CONSENT FOR FILING OF AN *AMICUS CURIAE* BRIEF IN SUPPORT OF APPELLANTS

Pursuant to Rule 29(b), Federal Rules of Appellate Procedure, and D.C. Circuit Rule 29(b), the nonprofit organizations, Gun Owners of America, Inc., Gun Owners Foundation, Virginia Citizens Defense League, Maryland Shall Issue, Inc., Gun Owners of California, Inc., Lincoln Institute for Research and Education, and Conservative Legal Defense and Education Fund (the "*amici curiae*"), by and through their undersigned counsel, hereby give notice that the parties have consented to the participation herein by the *amici curiae* by filing an *amicus curiae* brief in support of Appellants.

The brief of these *amici curiae* will be filed no later than seven days after the filing of the Appellants' principal brief, pursuant to F.R.A.P. 29(e), or such other time as the Court may assign.

Respectfully submitted,

/s/ William J. Olson

_____
*William J. Olson
Herbert W. Titus
John S. Miles
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
(703) 356-5070
wjo@mindspring.com

Attorneys for *Amici Curiae* Gun Owners of America, Inc., *et al.*

June 9, 2010

*Counsel of record

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DICK HELLER, *et al.*, | ) |
| Appellants, | ) |
| v. | ) No. 10-7036 |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Appellees. | ) |

**GUN OWNERS OF AMERICA, INC. *ET AL*
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure, and D.C. Circuit Rules 26.1, 27(a) and 29(b), the movants/*amici curiae*, Gun Owners of America, Inc., Gun Owners Foundation, Virginia Citizens Defense League, Maryland Shall Issue, Inc., Gun Owners of California, Inc., Lincoln Institute for Research and Education, and Conservative Legal Defense and Education Fund, are non-stock, nonprofit corporations, none of which has any parent company, and no person or entity owns them or any part of them.

Respectfully submitted,

/s/ William J. Olson

_____
*William J. Olson
Herbert W. Titus
John S. Miles
Jeremiah L. Morgan

WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
(703) 356-5070
wjo@mindspring.com

Attorneys for *Amici Curiae* Gun Owners of America, Inc., *et al.*

June 9, 2010

*Counsel of record