IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DICK HELLER, *et al.*, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | No. 10-7036 |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Appellees. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2010, the foregoing (i) Unopposed Motion of Gun Owners of America, Inc., *et al.* for Leave to File out of Time Notice of Parties' Consent for Movants' Filing an *Amicus Curiae* Brief, and (ii) Gun Owners of America, Inc., *et al.* Notice of Parties' Consent for Filing of an *Amicus Curiae* Brief in Support of Appellants, together with Rule 26.1 Corporate Disclosure Statement of Gun Owners of America, Inc., *et al.,* were served upon the parties by the Court's Case Management/Electronic Case Files system to the following attorneys for the respective parties:

| | |
|---|---|
| Stephen P. Halbrook, Esq. | Todd S. Kim, Esquire |
| Law Office of Stephen P. Halbrook | Office of the Solicitor General |
| 3925 Chain Bridge Road, Suite 403 | District of Columbia |
| Fairfax, VA 22030 | 441 4th Street, NW |
| protell@aol.com | One Judiciary Square, Sixth Floor |
| | Washington, DC 20001-2714 |
| | todd.kim@dc.gov |
| Counsel of Record for Appellants | Counsel of Record for Appellees |

   /s/ William J. Olson
William J. Olson
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
(703) 356-5070
wjo@mindspring.com