# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| DICK HELLER, *et al.*, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | No. 10-7036 |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

## UNOPPOSED MOTION OF GUN OWNERS OF AMERICA, INC., *ET AL.* FOR LEAVE TO FILE OUT OF TIME NOTICE OF PARTIES' CONSENT FOR MOVANTS' FILING AN *AMICUS CURIAE* BRIEF

Pursuant to Rules 27(a) and 29(a), Federal Rules of Appellate Procedure, and D.C. Circuit Rule 29(b), the movants, Gun Owners of America, Inc., Gun Owners Foundation, Virginia Citizens Defense League, Maryland Shall Issue, Inc., Gun Owners of California, Inc., Lincoln Institute for Research and Education, and Conservative Legal Defense and Education Fund, by and through their undersigned counsel, request leave to file the attached Notice of the Parties' Consent for the movants' filing an *amicus curiae* brief in support of Appellants herein.

For reasons therefor, the movants aver that a decision to submit a joint *amicus curiae* brief was not made in sufficient time to meet the 60-day notice

deadline imposed by D.C. Circuit Rule 29(b),[1] that movants' counsel sought the parties' consent for their participation as *amici curiae* immediately upon their engagement to file such a brief, and that they filed this motion immediately upon receiving the parties' consent. Although currently one or more *amicus curiae* briefs are scheduled to be submitted in support of the Appellees, no such brief is now scheduled to be submitted in support of the Appellants, and movants submit that their perspective on the issues presented by the appeal will be of assistance to this Court in resolving those issues, particularly with respect to the standard of review that the Court should adopt. Movants further aver that no party would be prejudiced by the granting of their motion.

It is understood that the brief of these *amici curiae* would be filed no later than seven days after the filing of the Appellants' principal brief, pursuant to F.R.A.P. 29(e), or such later time, if any, assigned by this Court.

WHEREFORE, movants pray that their motion be granted and that they be permitted to file the attached Notice of the Parties' Consent for the movants' participation herein as *amici curiae* by filing an *amicus curiae* brief in support of Appellants.

---

[1] On April 12, 2010, this Court sought comments on a proposed change to this rule to eliminate the 60-day filing deadline.

Respectfully submitted,

/s/ William J. Olson

_____
*William J. Olson
Herbert W. Titus
John S. Miles
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
(703) 356-5070
wjo@mindspring.com

Attorneys for Movants Gun Owners
of America, Inc., *et al.*

June 9, 2010

*Counsel of record