# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DICK HELLER, *et al.*, | ) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | )    No. 10-7036 |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Appellees. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2010, the foregoing (i) Unopposed Motion of Gun Owners of America, Inc., *et al.* for Leave to File out of Time Notice of Parties' Consent for Movants' Filing an *Amicus Curiae* Brief, and (ii) Gun Owners of America, Inc., *et al.* Notice of Parties' Consent for Filing of an *Amicus Curiae* Brief in Support of Appellants, together with Rule 26.1 Corporate Disclosure Statement of Gun Owners of America, Inc., *et al.,* were served upon the parties by the Court's Case Management/Electronic Case Files system to the following attorneys for the respective parties:

| | |
|---|---|
| Stephen P. Halbrook, Esq.<br>Law Office of Stephen P. Halbrook<br>3925 Chain Bridge Road, Suite 403<br>Fairfax, VA  22030<br>protell@aol.com | Todd S. Kim, Esquire<br>Office of the Solicitor General<br>District of Columbia<br>441 4th Street, NW<br>One Judiciary Square, Sixth Floor<br>Washington, DC 20001-2714<br>todd.kim@dc.gov |
| Counsel of Record for Appellants | Counsel of Record for Appellees |

    /s/ William J. Olson
William J. Olson
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
(703) 356-5070
wjo@mindspring.com