# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 10-7036** | **September Term 2009** |
| | 1:08-cv-01289-RMU |
| | **Filed On: June 22, 2010** [1251211] |

Dick Anthony Heller, et al.,

    Appellants

    v.

District of Columbia, et al.,

    Appellees

## O R D E R

Upon consideration of the unopposed motion of the Gun Owners of America, Inc., et al., for leave to file notice of consent to participate as amici curiae out of time, it is

**ORDERED** that the motion be granted. The amici brief is due July 30, 2010.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                              Mark A. Butler
                              Deputy Clerk