No. 10-7036
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

DICK ANTHONY HELLER, et al.,
Plaintiffs-Appellants,

v.

DISTRICT OF COLUMBIA; MAYOR ADRIAN M. FENTY,
Defendants-Appellees.
_____

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
_____

**DISTRICT OF COLUMBIA'S CONSENT MOTION
FOR LEAVE TO FILE STATUTORY ADDENDUM
INCLUDING LEGISLATIVE HISTORY**
_____

The District of Columbia and Mayor Adrian M. Fenty ("the District") move for leave to file a statutory addendum that includes relevant, publicly available legislative history. The reasons are:

1. Circuit Rule 28(a)(1)(5) allows the use of addenda to set forth pertinent statutes and regulations, but does not directly speak to legislative history.

2. Appellants challenge certain District statutes under the Second Amendment. The district court relied on legislative history relating to those statutes in its opinion (Record Document 32), and the District also intends to do so

in its brief. Having such legislative history in an addendum will be convenient for the Court in considering this appeal.

3. Counsel for appellants consents to this motion.

For these reasons, the Court should grant the District leave to file a statutory addendum that includes relevant, publicly available legislative history.

> Respectfully submitted,
>
> PETER J. NICKLES
> Attorney General for the District of Columbia
>
> /s/ Todd S. Kim
> TODD S. KIM
> Solicitor General
>
> Office of the Attorney General
> 441 4th Street, N.W., 6th Floor South
> Washington, D.C. 20001
> (202) 724-6609

# CERTIFICATE OF SERVICE

I hereby certify that electronic copies of this motion were sent via Court's CM/ECF system on August 3, 2010, to:

| | |
|---|---|
| Stephen P. Halbrook<br>3925 Chain Bridge Road<br>Suite 403<br>Fairfax, VA 22030<br>protell@aol.com | Matthew Shors<br>O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>mshors@omm.com |
| William J. Olson<br>370 Maple Avenue West<br>Suite 4<br>Vienna, VA 22180-5615<br>wjo@mindspring.com | Paul R.Q. Wolfson<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>paul.wolfson@wilmerhale.com |

/s/ Todd S. Kim
TODD S. KIM
Solicitor General