No. 10-7036 September Term 2009

1:08-cv-01289-RMU

Filed On: August 4, 2010 [1258889]

Dick Anthony Heller, et al.,

    Appellants

    v.

District of Columbia, et al.,

    Appellees

**O R D E R**

Upon consideration of appellees' motion for leave to file statutory addendum including legislative history, and appellees' motion for an extension of time to file brief, it is

**ORDERED** that the motions be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | September 3, 2010 |
| Amicus Curiae for Appellees' Brief | September 20, 2010 |
| Appellants' Reply Brief | October 4, 2010 |

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Cheri W. Carter
Deputy Clerk