# CERTIFICATE OF COMPLIANCE

In accordance with Rules 32(a)(7)(B) and (C) of the Federal Rules of Appellate Procedure and Circuit Rule 32(a), the undersigned certifies that the Brief for Professional Historians and Law Professors Saul Cornell, Paul Finkelman, Stanley N. Katz, and David T. Konig as *Amici Curiae* in Support of Appellees has been prepared using 14-point typeface, proportionally spaced, with serifs. According to the word processing system used to prepare the brief, Microsoft Office Word 2003, the brief contains 6,269 words, exclusive of the table of contents, table of authorities, glossary, attorney identifcation, and certificates of service and compliance (which does not exceed the applicable 7,000 word limit).

Dated: September 20, 2010

/s/ Matthew M. Shors

Matthew M. Shors
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006
(202) 383-5300