[ORAL ARGUMENT NOT YET SCHEDULED]

CASE NO. 10-7036

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DICK ANTHONY HELLER, ABSALOM JORDAN,
WILLIAM CARTER, AND MARK SNYDER

APPELLANTS,

V.

THE DISTRICT OF COLUMBIA AND
ADRIAN M. FENTY, MAYOR, DISTRICT OF COLUMBIA,

APPELLEES.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MOTION FOR LEAVE TO FILE STATUTORY APPENDIX TO BRIEF FOR LAW PROFESSORS AND PROFESSIONAL HISTORIANS SAUL CORNELL, PAUL FINKELMAN, STANLEY N. KATZ, AND DAVID T. KONIG AS *AMICI CURIAE* IN SUPPORT OF APPELLEES**

Law professors and professional historians Saul Cornell, Paul Finkelman, Stanley N. Katz, and David T. Konig, through counsel, respectfully move this Court to grant them leave to file the attached statutory appendix. *Amici* timely filed a brief providing a historical overview of gun control regulations dating to the

early Republic. The brief references several historical statutes, some of which are difficult to obtain through common legal research databases. To aid the Court, *amici* have prepared the attached statutory appendix, which reproduces many of the historical statutes referenced in their brief.

Accordingly, *amici* respectfully request that the Court grant this motion and docket the attached statutory appendix.

Respectfully submitted,

/s/ Matthew M. Shors
MATTHEW M. SHORS
O'MELVENY & MYERS LLP
1625 Eye St., NW
Washington, DC 20006
(202) 383-5300

*Attorney for Amici Curiae*

Dated: September 23, 2010

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2010, I caused a true and accurate copy of the foregoing Motion for Leave to File Statutory Appendix to the Brief for Professional Historians and Law Professors Saul Cornell, Paul Finkelman, Stanley N. Katz, and David T. Konig as *Amici Curiae* in Support of Appellees to be served upon the following counsel for the parties via the Court's ECF system:

Stephen P. Halbrook
Richard E. Gardiner
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
(703) 352-7276

Todd S. Kim
Office of the Attorney General for the District of Columbia
441 4th St., N.W., Suite 600-S
Washington, D.C. 20001

/s/ Matthew M. Shors

Matthew M. Shors
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006