# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

No. 10-7036                                    September Term 2010

1:08-cv-01289-RMU

**Filed On: September 29, 2010** [1268704]

Dick Anthony Heller, et al.,

       Appellants

   v.

District of Columbia, et al.,

       Appellees

## O R D E R

Upon consideration of appellants' motion for extension of time to file reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

Appellants' Reply Brief                                    October 18, 2010

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Cheri W. Carter
      Deputy Clerk