# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 10-7036                                      September Term 2010

1:08-cv-01289-RMU

Filed On: October 8, 2010 [1270576]

Dick Anthony Heller, et al.,

       Appellants

   v.

District of Columbia, et al.,

       Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on November 15, 2010, at 9:30 A.M., before Circuit Judges Ginsburg, Henderson and Kavanaugh.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

           BY:    /s/
                    Cheri W. Carter
                    Deputy Clerk

The following forms and notices are available on the Court's website:

  Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)