# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 10-7036          September Term 2010

1:08-cv-01289-RMU

Filed On: October 19, 2010 [1272264]

Dick Anthony Heller, et al.,

    Appellants

    v.

District of Columbia, et al.,

    Appellees

## O R D E R

Upon consideration of the motion of amici curiae law professors, et al., for leave to file statutory appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged document.

                                               FOR THE COURT:
                                               Mark J. Langer, Clerk

                               BY:     /s/
                                                 Mark A. Butler
                                                 Deputy Clerk