# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 10-7036                                     September Term 2010

1:08-cv-01289-RMU

**Filed On:** October 29, 2010

Dick Anthony Heller, et al.,

        Appellants

    v.

District of Columbia, et al.,

        Appellees


**BEFORE:**   Ginsburg, Henderson and Kavanaugh, _Circuit Judges_


## O R D E R

Upon consideration of appellants' motion to strike, and appellees' opposition thereto, it is

**ORDERED** that consideration of the motion be deferred pending the oral argument of this case on November 15, 2010.


## Per Curiam


**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Cheri Carter
Deputy Clerk