No. 10-7036                                    September Term 2010

1:08-cv-01289-RMU

Filed On: November 2, 2010 [1275074]

Dick Anthony Heller, et al.,

    Appellants

v.

District of Columbia, et al.,

    Appellees

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 15, 2010, at 9:30 A.M.:

    Appellants  --  15 Minutes

    Appellees  --  15 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Ginsburg, Henderson, and Kavanaugh.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's office by November 10, 2010.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Michael C. McGrail
    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)