# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 10-7036 | September Term 2010 |
| | 1:08-cv-01289-RMU |
| | Filed On: November 15, 2010 [1277319] |

Dick Anthony Heller, et al.,

    Appellants

  v.

District of Columbia, et al.,

    Appellees

    **BEFORE:** Circuit Judges Ginsburg, Henderson and Kavanaugh

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on November 15, 2010 at 10:10 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

  Stephen P. Halbrook, counsel for Appellants.

  Todd Sunhwae Kim (OAG) , counsel for Appellees.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:  /s/
                      Shana E. Thurman
                      Deputy Clerk