# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 10-7036                      September Term 2010

1:08-cv-01289-RMU

Filed On: November 24, 2010

Dick Anthony Heller, et al.,

       Appellants

   v.

District of Columbia, et al.,

       Appellees

       **BEFORE:**    Ginsburg, Henderson and Kavanaugh, *Circuit Judges*

### O R D E R

Upon consideration of the joint motion of the parties and the United States for modification of the supplemental briefing schedule, it is

**ORDERED** that the motion be granted to the extent that the following revised supplemental briefing schedule will now apply:

| | |
|---|---|
| Supplemental Brief for Appellants | December 22, 2010 |
| Supplemental Brief for Appellees | January 12, 2011 |
| Reply Brief for Appellants | January 21, 2011 |

The brief of the United States may be filed on or before January 7, 2011.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
         Cheri Carter
         Deputy Clerk