**STEPHEN P. HALBROOK, PH.D.**
ATTORNEY AT LAW
SUITE 403
3925 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 22030

TELEPHONE (703) 352-7276      protell@aol.com
FAX (703) 359-0938      www.stephenhalbrook.com

December 22, 2010

Mark J. Langer, Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

> Re: Submission under Federal Rule of Appellate Procedure 28(j) in
> *Heller v. District of Columbia*, No. 10-7036 (argued on Nov. 15, 2010, before Judges Ginsburg, Henderson, and Kavanaugh)

Dear Mr. Langer:

Pursuant to Federal Rule of Appellate Procedure 28(j), Appellants Dick Anthony Heller *et al.* hereby respond to the letter of Appellees District of Columbia *et al.* dated December 20, 2010, advising the Court of a pertinent new authority which "applied intermediate scrutiny rather than strict scrutiny to particular Second Amendment claims." Instead of addressing restrictions on law-abiding citizens, however, as in the case at bar, *United States v. Reese*, No. 10-2030, 2010 WL 5023256 (10th Cir. Dec. 10, 2010), involved a statute that "prohibit[s] the possession of firearms by narrow classes of persons who, based on their past behavior, are more likely to engage in domestic violence. *Based upon these characteristics*, we conclude that [18 U.S.C.] § 922(g)(8) . . . is subject to intermediate scrutiny." *Id*. at *9 (emphasis added).

Moreover, *Reese* decided: "Even if we were to apply a strict scrutiny test requiring the government to prove that § 922(g)(8) is narrowly tailored to further a compelling interest, . . . we are persuaded, for essentially the reasons outlined above,

1

that the government could satisfy these requirements." *Id*. at *10 n.4. Accordingly, *Reese* does not support the District's argument that intermediate, rather than strict, scrutiny applies here. Brief of Appellants, 19-26.

>Respectfully submitted,
>
>/s/ Stephen P. Halbrook
>
>3925 Chain Bridge Road, Suite 403
>Fairfax, VA 22030
>(703) 352-7276
>
>Counsel for Appellants

# CERTIFICATE OF SERVICE

I certify that on December 22, 2010, electronic copies of this letter were served through the Court's CM/ECF system and paper copies were mailed by first-class mail, postage prepaid, to:

Todd S. Kim
Solicitor General
Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001

Matthew Shors
O'Melveny & Meyers LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001

William J. Olson
370 Maple Avenue West
Suite 4
Vienna, VA 22180-5615

Paul R.Q. Wolfson
Wilmer Culter Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

Chrisellen Kolb
Deputy Chief, Appellate Division
USAO/DC
USAO/Appellate Division
555 Fourth Street, N.W. Room 8104
Washington, D.C. 20530

/s/ Stephen P. Halbrook
STEPHEN P. HALBROOK