STEPHEN P. HALBROOK, PH.D.
ATTORNEY AT LAW
SUITE 403
3925 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 22030

TELEPHONE (703) 352-7276  protell@aol.com
FAX (703) 359-0938  www.stephenhalbrook.com

January 4, 2011

Mark J. Langer, Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

    Re: Submission under Federal Rule of Appellate Procedure 28(j) in
*Heller v. District of Columbia*, No. 10-7036 (argued on Nov. 15, 2010,
before Judges Ginsburg, Henderson, and Kavanaugh)

Dear Mr. Langer:

    Pursuant to Federal Rule of Appellate Procedure 28(j), Appellants Dick Anthony Heller *et al.* hereby advise the Court of a pertinent new authority which suggests that strict scrutiny applies to restrictions on exercise of core Second Amendment rights by "a *law-abiding, responsible* citizen," and that intermediate scrutiny applies to restrictions applicable to a person convicted of a misdemeanor crime of domestic violence. *United States v. Chester*, No. 09-4084, 2010 WL 5396069, *8 (4th Cir. Dec. 10, 2010). "Given Heller's focus on 'core' Second Amendment conduct and the Court's frequent references to First Amendment doctrine, we agree with those who advocate looking to the First Amendment as a guide in developing a standard of review for the Second Amendment." *Id*. *See* Brief of Appellants, 19-26.

    Moreover, even where intermediate scrutiny applies, it is insufficient to "offer[] numerous plausible *reasons* why" a restriction "is substantially related to an important government goal"; rather, the government must "offer sufficient *evidence* to establish a substantial relationship between" the restriction "and an important governmental

1

goal." *Id*. at *9.  *See* Brief of Appellants, 25-29.

          Respectfully submitted,

          /s/ Stephen P. Halbrook

          3925 Chain Bridge Road, Suite 403
          Fairfax, VA  22030
          (703) 352-7276

          Counsel for Appellants

# CERTIFICATE OF SERVICE

I certify that on January 4, 2011, electronic copies of this letter were served through the Court's CM/ECF system and paper copies were mailed by first-class mail, postage prepaid, to:

Todd S. Kim
Solicitor General
Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001

Matthew Shors
O'Melveny & Meyers LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001

William J. Olson
370 Maple Avenue West
Suite 4
Vienna, VA 22180-5615

Paul R.Q. Wolfson
Wilmer Culter Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

Chrisellen Kolb
Deputy Chief, Appellate Division
USAO/DC
USAO/Appellate Division
555 Fourth Street, N.W. Room 8104
Washington, D.C. 20530

/s/ Stephen P. Halbrook
STEPHEN P. HALBROOK