# RICHARD E. GARDINER

*Attorney at Law*

Suite 403
3925 Chain Bridge Road
Fairfax, Va 22030

(703) 352-7276 (Phone)
(703) 359-0938 (Fax)

January 18, 2011

Mark J. Langer
Clerk
United States Court of Appeals
for the District of Columbia Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re:  Appellant's Opposition to Brady Center's Motion
     for Leave to File Supplemental Brief Amicus Curiae,
     and in the Alternative, Appellants' Motion for
     Leave to File Separate Reply Brief; *Heller
     v. District of Columbia*, No. 10-7036 (argued on
     Nov. 15, 2010, before Judges Ginsburg, Henderson, and Kavanaugh)

Dear Mr. Langer:

    Please note that Appellants are filing contemporaneously herewith
the Opposition and Motion referenced above.  The Opposition and Motion
are being filed in response to a Motion for Leave to File Supplemental
Brief (#1288247) that was submitted electronically by the Brady Center
after normal business hours on Friday, January 14, 2011 just before the
three day holiday weekend.

    Because the Opposition and Motion that Appellants are filing
herewith affects briefing that is due to be completed by Appellants by
Friday, January 21, we would appreciate it if you could bring this
matter to the attention of the panel as expeditiously as possible.  As
you can see, we are responding to the Brady Center's motion on the very
next day the court is open after the Brady Center's filing.

    Thank you for your attention to this matter.

                              Sincerely yours,

                              Richard E. Gardiner
                              Counsel for Appellants

cc:  Paul R. Q. Wolfson
     Todd S. Kim
     Peter S. Smith
     Matthew Shors
     William J. Olson