# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 10-7036

September Term 2010

1:08-cv-01289-RMU

**Filed On:** January 24, 2011

Dick Anthony Heller, et al.,

       Appellants

    v.

District of Columbia, et al.,

       Appellees


**BEFORE:**    Ginsburg, Henderson, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the motion of amici curiae Brady Center to Prevent Gun Violence, et al. for leave to file a supplemental brief, the lodged supplemental brief, and appellants' opposition and motion, in the alternative, for leave to file a separate reply brief, and the lodged supplemental reply brief, it is

**ORDERED** that the motion of amici curiae for leave to file a supplemental brief be granted. The Clerk is directed to file the lodged document.  It is

**FURTHER ORDERED** that appellants' alternative motion for leave to file a separate reply brief be granted.  The Clerk is directed to file the lodged document.


**Per Curiam**


                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

            BY:    /s/
                         Michael C. McGrail
                         Deputy Clerk