# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 10-7036																					September Term 2010

1:08-cv-01289-RMU

**Filed On:** January 25, 2011

Dick Anthony Heller, et al.,

      Appellants

  v.

District of Columbia, et al.,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this court's January 24, 2011 order, be amended to reflect that appellants be permitted to file a supplemental reply brief in response to the supplemental brief of *amici curiae* Brady Center to Prevent Gun Violence, et al., not to exceed 10 pages, on or before January 28, 2011.

                                              FOR THE COURT:
                                              Mark J. Langer, Clerk

                BY:    /s/
                                      Michael C. McGrail
                                      Deputy Clerk