# RICHARD E. GARDINER
## Attorney at Law

Suite 403  
3925 Chain Bridge Road  
Fairfax, Va 22030

March 29, 2011

(703) 352-7276 (Phone)  
(703) 359-0938 (Fax)

Mark J. Langer  
Clerk  
United States Court of Appeals  
for the District of Columbia Circuit  
333 Constitution Ave., N.W.  
Washington, D.C. 20001

Re: *Heller v. District of Columbia*, No. 10-7036 (argued November 15, 2010, Judges Ginsburg, Henderson, and Kavanaugh)

Dear Mr. Langer:

Pursuant to Federal Rule of Appellate Procedure 28(j), Appellants Dick Anthony Heller, *et al.* hereby advise the court of a pertinent new authority which held that "any law that would burden the 'fundamental,' core right of self-defense in the home by a law-abiding citizen would be subject to strict scrutiny." *United States v. Masciandaro*, No. 09-4839, 2011 WL 1053618, *12 (4th Cir. March 24, 2011).

Sincerely yours,

Richard E. Gardiner

# CERTIFICATE OF SERVICE

I certify that on March 29, 2011, electronic copies of this letter were served through the Court's CM/ECF system, and paper copies were mailed by first-class mail, postage prepaid, to:

Todd S. Kim
Solicitor General
Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001

William J. Olson
370 Maple Avenue West
Suite 4
Vienna, VA 22180-5615

Chrisellen Kolb
Deputy Chief, Appellate Division
USAO/DC
USAO/Appellate Division
555 Fourth Street, N.W. Room 8104
Washington, D.C. 20530

Matthew Shors
O'Melveny & Meyers LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001

Paul R.Q. Wolfson
Wilmer Culter Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

*[signature]*
Richard E. Gardiner