United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 10-7036                  September Term 2011

1:08-cv-01289-RMU

Filed On: October 5, 2011

Dick Anthony Heller, et al.,

    Appellants

  v.

District of Columbia, et al.,

    Appellees

**BEFORE:** Ginsburg, Henderson, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of appellants' motion to strike, the opposition thereto, and the reply, it is

**ORDERED** that the motion be dismissed as moot in light of the issuance of the court's October 4, 2011 opinion.

### Per Curiam

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                       BY:    /s/
                                 Michael C. McGrail
                                 Deputy Clerk